USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 23, 2020

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------X

TRU CREDITOR LITIGATION TRUST,                    :
                                   :
             Plaintiff,           :      Case No. 1:20-cv-03054-VM
                                   :
    -against-                   :
                                   :
DAVID A. BRANDON, JOSHUA BEKENSTEIN,   :
MATTHEW S. LEVIN, PAUL E. RAETHER, NATHANIEL  :
H. TAYLOR, JOSEPH MACNOW, WENDY A.    :
SILVERSTEIN, RICHARD GOODMAN, MICHAEL   :
SHORT, RICHARD BARRY,          :
                                   :
            Defendants.       :
                                   :
                                   :
                                   :

------------------------------------------------------------------------X

**⬛⬛⬛⬛⬛⬛  ORDER GRANTING MOTION TO TRANSFER CASE**

Before the Court is the motion of Defendants David A. Brandon, Joshua Bekenstein,

Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein,

Richard Goodman, Michael Short, and Richard Barry (collectively, "Defendants") to transfer this

case pursuant to 28 U.S.C. §§ 1404(a) and 1412 to the Eastern District of Virginia, Richmond

Division, for anticipated referral to the Bankruptcy Court for the Eastern District of Virginia.  Dkt.

3.  Plaintiff TRU Creditor Litigation Trust agrees that, pursuant to 28 U.S.C. § 1404(a), this case

should be transferred to the Bankruptcy Court for the Eastern District of Virginia.  Accordingly,

and for good cause shown, the Court **GRANTS** Defendants' motion to transfer and **TRANSFERS**

this action to the United States District Court for the Eastern District of Virginia, for anticipated

referral to Judge Phillips of the Bankruptcy Court for the Eastern District of Virginia, Richmond

Division.

1

2

The Clerk of the Court is **DIRECTED** to transfer this proceeding to the United States District Court for the Eastern District of Virginia.

**IT IS SO ORDERED.**

Dated:   April 23, 2020

Victor Marrero
U.S.D.J.