IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TRU CREDITOR LITIGATION TRUST,
    Plaintiff,

v.                                                                Civil No. 3:20cv311 (DJN)

DAVID A. BRANDON, *et al.*,
    Defendants.

## ORDER
### (Rescheduling Trial)

This matter comes before the Court on Plaintiff's Notice of Election to Have the Court Conduct a De Novo Review of Its Objections (ECF No. 84). For the reasons stated during the status hearing on July 8, 2022, the Court gave Plaintiff the option to: (1) abandon its objection to the Bankruptcy Court's summary judgment ruling and move forward with the currently scheduled September trial date; (2) have the Court conduct a de novo review of the objections to the Bankruptcy Court's summary judgment opinion and continue the trial until April 28, 2023; or (3) consent to trial before the Bankruptcy Court. (ECF No. 78.) Plaintiff has now indicated its election to retain its objection to the Bankruptcy Court's summary judgment ruling and have the Court continue the trial.

Because Plaintiff has elected to have the Court conduct a de novo review of the objections to the Bankruptcy Court's summary judgment ruling, it is hereby ORDERED that the trial in this case is hereby RESCHEDULED. Trial will begin with jury selection on April 28, 2023, opening arguments and evidence will begin on May 1, 2023, and the trial will continue until May 26, 2023.

The Court will enter a separate scheduling order setting forth the pretrial deadlines.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                  /s/
                                     David J. Novak
                                     United States District Judge

Richmond, Virginia
Dated: July 14, 2022