UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRU CREDITOR LITIGATION TRUST,<br>        Plaintiff,<br><br> -against-<br><br>DAVID A. BRANDON, JOSHUA BEKENSTEIN, MATTHEW S. LEVIN, PAUL E. RAETHER, NATHANIEL H. TAYLOR, JOSEPH MACNOW, WENDY A. SILVERSTEIN, RICHARD GOODMAN, MICHAEL SHORT, RICHARD BARRY,<br><br>        Defendants. | Case No. 3:20-cv-311-DJN |

## Stipulation of Dismissal

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims asserted in this action against all parties are dismissed with prejudice. The parties further stipulate that all attorneys' fees, costs of court, and expenses relating to the claims asserted in this action will be borne by the party incurring same.

Dated: November 10, 2022                                    Respectfully Submitted,

**TRU CREDITOR LITIGATION TRUST**

By: */s/ Michael Wilson*                                    By: */s/ J. Brandon Sieg*

Michael Wilson (VSB No. 48927)                              Robert I. Bodian (admitted pro hac vice)
**MICHAEL WILSON PLC**                                      Scott A. Rader (admitted pro hac vice)
12733 Storrow Rd.                                           John P. Sefick (admitted pro hac vice)
Henrico, Virginia 23233                                     Amanda B. Asaro (admitted pro hac vice)
Tel:  804-614-8301                                          Kerime S. Akoglu (admitted pro hac vice)
Email:  mike@mgwilsonlaw.com                                **MINTZ LEVIN COHN FERRIS**
                                                            **GLOVSKY and POPEO, P.C.**
                                                            Chrysler Center
Greg Dovel (admitted *pro hac vice*)                        666 Third Avenue, 25th Floor
Alexander Erwig (admitted *pro hac vice*)                   New York, New York 10017
**DOVEL & LUNER, LLP**                                      (212) 935-3000
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401                              James C. Cosby, Esq. (VSB No. 25992)
Tel:  310-656-7066                                          J. Brandon Sieg, Esq. (VSB No. 84446)
Email:  greg@dovel.com                                      **O'HAGAN MEYER, PLLC**
                                                            411 E. Franklin Street, Suite 500
*Counsel for Plaintiff*                                     Richmond, Virginia 23219
                                                            Tel: (804) 403-7100
                                                            Fax: (804) 403-7110

                                                            *Counsel for Defendants*

**Attestation of Concurrence of Signatories**

      I attest that all the signatories listed above, and on whose behalf this filing is submitted, concur in the contents of this filing and have authorized this filing.

Dated: November 10, 2022                                                     */s/ Michael Wilson*
                                                                                                                    Michael Wilson