IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TRU CREDITOR LITIGATION TRUST,
    Plaintiff,

v.                                                    Civil No. 3:20cv311 (DJN)

DAVID A. BRANDON, *et al.*,
    Defendants.

### ORDER
### (Granting Joint Stipulation of Dismissal)

This matter comes before the Court on Plaintiff and Defendant's Joint Stipulation of Dismissal, (ECF No. 91), wherein they "stipulate that all claims asserted in this action against all parties are dismissed with prejudice." Based on the Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court hereby DISMISSES WITH PREJUDICE the case. Each party shall bear their own attorneys' fees and costs.

The Court hereby DENIES all pending motions in this case as MOOT. (ECF Nos. 64, 73, 82.) This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: November 15, 2022